IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATHLEEN M. SMITH, | ) | 4:06CV3113 |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| U.S. GENERAL SERVICES | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | | |

    I may be a witness in this case. I certainly hold strong views about the treatment (mistreatment) the plaintiff suffered at the hands of the GSA. Therefore,

    IT IS ORDERED that I recuse myself from this case and direct that this matter be referred to Chief Judge Bataillon for reassignment.

May 23, 2006.                               BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                         United States District Judge