IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHLEEN M. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3113 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. GENERAL SERVICES ADMINISTRATION, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |

Pursuant to the recusal of District Judge Richard G. Kopf (Filing No. 5) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 23rd day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge