IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

KATHLEEN M. SMITH,                )
                                  )
                Plaintiff,        )         4:06CV3113
                                  )
        v.                        )
                                  )
UNITED STATES GENERAL             )         ORDER
SERVICES ADMINISTRATION,          )
                                  )
                Defendant.        )
_____  )


        This matter is before the Court on defendant's motion

for enlargement of time to answer or plead and to continue the

time period for filing report of parties' planning conference

(Filing No. 13).  The Court finds said motion should be granted.

Accordingly,

        IT IS ORDERED that defendant's motion is granted;

defendant shall have until September 22, 2006, to answer or plead

to plaintiff's complaint; the parties shall have until October

23, 2006, to file their planning conference report.

        DATED this 21st day of August, 2006.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court