IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

KATHLEEN M. SMITH,                )
                                  )
              Plaintiff,          )            4:06CV3113
                                  )
          v.                      )
                                  )
UNITED STATES GENERAL             )              ORDER
SERVICES ADMINISTRATION,          )
                                  )
              Defendant.          )
_____ )


          This matter is before the Court on the motion and

stipulation for dismissal (Filing No. 17).  The Court finds said

motion should be granted.  Accordingly,

          IT IS ORDERED that the motion and stipulation for

dismissal are granted; this action is dismissed with prejudice,

each party to bear their own costs.

          DATED this 3rd day of January, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court